AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

FILED
06/29/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern/Indiana

Jose Socorro Leon Gonzalez
_____
Petitioner

v.

Case No. 1:23-cv-01159-JMS-MKK
_____
(Supplied by Clerk of Court)

Patricia Pretorious (Warden)
_____
Respondent
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: Jose Socorro Leon Gonzalez
   (b) Other names you have used: _____
2. Place of confinement:
   (a) Name of institution: Plainfield Correctional Facility
   (b) Address: 727 Moon Road, Plainfield, IN 46168
   (c) Your identification number: 196187
3. Are you currently being held on orders by:
   ☐ Federal authorities   ☒ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
     (a) Name and location of court that sentenced you: Lake County Superior Court, 2293 North Main St, Crown Point, IN 46307
     (b) Docket number of criminal case: 45G01-0403-FA-0006
     (c) Date of sentencing: 8/01/05
   ☐ Being held on an immigration charge
   ☐ Other (explain): _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

    ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

    ☐ Pretrial detention

    ☐ Immigration detention

    ☐ Detainer

    ☑ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

    ☐ Disciplinary proceedings

    ☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:

    (a) Name and location of the agency or court: _Lake County Superior Court 2293 North Main St Crown Point, IN 46307_

    (b) Docket number, case number, or opinion number: _45G01-0403-00016_

    (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):
    _Under the Above Cause the Petitioner was Sentenced to 33 yrs in D.O.C for A Consecutive Sentence for Dealing Cocaine (Class A) + possession of Cocaine (Class C) - (30+3), The Jury did Not decide on the Possession_

    (d) Date of the decision or action: _8/01/05_

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

    Did you appeal the decision, file a grievance, or seek an administrative remedy?

    ☐ Yes    ☐ No

    (a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____

    (3) Docket number, case number, or opinion number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?

   ☐ Yes      ☐ No

   (a) If "Yes," provide:

       (1) Name of the authority, agency, or court: _____

       (2) Date of filing: _____

       (3) Docket number, case number, or opinion number: _____

       (4) Result: _____

       (5) Date of result: _____

       (6) Issues raised: _____

   (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?

   ☐ Yes      ☐ No

   (a) If "Yes," provide:

       (1) Name of the authority, agency, or court: _____

       (2) Date of filing: _____

       (3) Docket number, case number, or opinion number: _____

       (4) Result: _____

       (5) Date of result: _____

       (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes   ☑ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes   ☑ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes   ☑ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes ☐ No

If "Yes," provide:

(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes ☐ No

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

_____

_____

_____

_____

_____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes      ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____

(b) Name of the authority, agency, or court: _____

_____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

_____

_____

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** Erronious Sentence - Petitioner was Sentenced to a Consecutive Sentence of 30 years for Dealing Cocaine + 3 years for possession. There was Not a conviction on the possession, therefore petitioner is being held illegally.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Petitioner has been incarcerated for 15 years and has served his time for the dealing because and should be released. The CCS for the cause # reflects only a conviction for the dealing.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes    ☑ No

**GROUND TWO:** Ineffective Counsel (Assistance)

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Petitioners attorney never objected to crucial entries and or rulings by the court that were catastrophic.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes    ☑ No

**GROUND THREE:** Due Process was violated due to the fact that Petitioner wasn't present at the last two days of trial and there was no pre-sentence to weigh mitigating / aggravating circumstances.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The CCS for the cause # will show this ground is blatantly true.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes    ☑ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes          ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do: To vacate the 3 year Sentence that was for the possession of cocaine which there was no verdict. Release the petitioner immediatly.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

June 25, 2023

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 6/28/2023            Joe Gonzalez
                                    *Signature of Petitioner*


                                    *Signature of Attorney or other authorized person, if any*