UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOSE SOCORRO LEON GONZALEZ, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 1:23-cv-01159-JMS-CSW ) |
| PATRICIA PRETORIOUS, | ) ) ) |
| Respondent. | ) |

**FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT. The petitioner's petition for writ of habeas corpus is dismissed with prejudice.

Date: 11/3/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A. G. Sharpe, Clerk of Court

By: _____
Deputy Clerk

Distribution:

JOSE SOCORRO LEON GONZALEZ
196187
PLAINFIELD - CF
PLAINFIELD CORRECTIONAL FACILITY
Inmate Mail/Parcels
727 MOON ROAD
PLAINFIELD, IN 46168